IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PINE FOREST ASSEMBLY OF GOD

CHURCH, INC.,

    Plaintiff,

v.                              CASE NO. 3:22-CV-6472-MCR-ZCB

CHURCH MUTUAL INSURANCE

COMPANY, S.I.,

    Defendant.

_____/

## PLAINTIFF'S UNVERIFIED AMENDED ANSWERS AS TO DEFENDANT'S FIRST SET OF INTERROGATORIES 10 , 11, and 12

Plaintiff, Pine Forest Assembly of God Church, Inc. ("Pine Forest"), by and through its undersigned counsel, hereby files their unverified amended answers as to Defendant First Set of Interrogatories 10, 11, and 12 as follows:

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed? ANSWER:

*Pastor Gene Hudson, with assistance of counsel Lauren R. Rosen*
*Pine Forest Assembly of God Church, Inc.*
*c/o Schlacter Law*
*1108 Kane Concourse*
*Suite 305*
*Bay Harbor Islands, FL 33154*

2. State when and how you first became aware of the claimed loss, including who reported the loss to you, how the loss was reported to you (e.g., written correspondence, telephone, or some other manner), the name of the person who received the notice of the loss, and the facts that were



provided regarding the loss; also identify any documents that were provided to you regarding the claimed loss.

ANSWER:

*Pastor Hudson came to the property on the afternoon or evening on 9/16/2020 after the bulk of the storm passed. He saw interior water damage that had flown through the foyer and into the sanctuary and cracks identified on the interior of the properties and tried to clean up the mess over the week. Representatives of the insured noticed blown away portions of debris of the properties including the walkway on the property. Pastor Hudson reported the claim to Insurer shortly after.*

3. State when and how Church Mutual breached the insurance policy in this matter, refer to the specific provisions in the insurance policy you claim Church Mutual breached.

ANSWER:

*The policy speaks for itself, however Insurer breached the policy, including but not limited to, by failing to pay the full amount of the loss and damage to the property caused by Hurricane Sally.*

4. State the name, telephone number, company name, email, and address of all individuals, companies, contractors, subcontractors, and public adjusters who have any knowledge regarding the scope of the damages being claimed in this lawsuit and provide a description of their knowledge.

ANSWER:

*See documents produced in response to the RFP.*

5. Identify the cause(s) that you contend is caused the loss and damage to the Property and the date(s) that the cause(s) of loss occurred.

ANSWER:

*Hurricane Sally and see documents produced in response to the RFP.*

6. Describe in detail how all the damage that you are claiming in this lawsuit occurred to the Property. Your answer should include sufficient detail for Church Mutual to understand the specific damage claimed, thus, your answer should include a description of the specific damage to the Property that you are claiming, including a description of every item that was physically damaged, the precise location of the damage, how and when it was damaged, and the extent of such damage (approximate size of each damage area), the date the damage was first noticed, whether Church Mutual was notified of the damage, and if so, in what manner and when. This response request personal knowledge from Plaintiff based on observations and does not seek an expert opinion. Please do not refer to a repair estimate.

ANSWER:

*See photographs and estimate included in the documents produced in response to the RFP. Furthermore, we have not been able to use the Sanctuary due to the extent of the damage from the Hurricane and we had to move all the furnishings out of the sanctuary.*

7. Has anyone repaired, renovated, or replaced, either permanently or temporarily, the damage to the Property described in Interrogatory 6? If so, identify: a. A description of the damaged property that was repaired, renovated, or replaced; b. The person or entity that made the repairs, include their address, telephone number and the name of person with the most knowledge regarding the repair, renovation and replacement; c. The particular repairs made; d. The date of the repairs; e. The cost of the repairs; f. Whether unrepaired damage remains, and if so, a description of the unrepaired damage; and g. State any and all repair costs which are associated with matching and uniformity.

*ANSWER: We adjusted the doors on the staff housing to allow the doors to close and we put a roof covering on the porch of the Sanctuary building. See also documents produced in response to the RFP.*

8. Describe, in detail, all efforts that have been taken to prevent any further damage to the Property as a result of the damage that you have claimed in this lawsuit.

ANSWER:

*We covered the roof of the porch of the sanctuary and we intended to cover the roof of the sanctuary, but we are concerned with the integrity of the ceiling and roof of the sanctuary if someone goes on that roof.*

9. State the name and address of every person known to you, your agents, or attorneys who has knowledge about, or possession, custody of any model, plat, map drawing, motion picture, video tape or photograph pertaining to any fact or issue involved in this controversy and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

ANSWER:

*Plaintiff's public adjuster, Shawn Inglis with Lincoln Public Adjusting and Arista Builders. Furthermore, see documents produced in response to the RFP for a further and complete answer.*

10. Please state whether Plaintiff made a Replacement Cost Value claim with Church Mutual? If so, please also answer the following: a. Please describe the documents or other methods by which Plaintiff made a Replacement Cost Value claim and the date such claim was made; b. Please state the amount of Replacement Cost Value damages Plaintiff is claiming in this lawsuit;

c. Please describe the specific coverage provision of the Policy that you are claiming entitlement to damages under; and, d. Identify the individual(s) who was responsible for calculating the damages.

ANSWER: *Yes, if the insurance policy allows for replacement cost value, we are making a replacement cost value claim. As we did not perform the calculation, see documents produced in response to the RFP, specifically the estimate for damages prepared by Shawn Inglis of Lincoln Public Adjusting for a further and more complete response.*

11. Please state whether Plaintiff made an Actual Cash Value claim with Church Mutual? If so, please also answer the following: a. Please describe the documents or other methods by which Plaintiff made an Actual Cash Value claim and the date such claim was made; b. Please state the amount of claimed Actual Cash Value damages Plaintiff is claiming in this lawsuit; c. Please describe the specific coverage provision of the Policy that you are claiming entitlement to damages under; and, d. Identify the individual(s) who was responsible for calculating the damages.

ANSWER: *Yes, if the insurance policy allows for only actual cost value, we are making an actual cost value claim. As we did not perform the calculation, see documents produced in response to the RFP, specifically the estimate for damages prepared by Shawn Inglis of Lincoln Public Adjusting for a further and more complete response.*

12. Please state whether Plaintiff is seeking any damages as part of this litigation for undamaged property based on the enforcement of any law or ordinance? If so, please identify the following: a. The amount of damages sought; b. The provision(s) of the Policy under which Plaintiff contends that it is entitled to such damages; b. The statute, law, ordinance that Plaintiff contends applies; and, c. The factual basis to support Plaintiff's claim for such damages in this lawsuit.

ANSWER: *Yes, however see documents produced in response to the RFP, specifically the estimate for damages prepared by Shawn Inglis of Lincoln Public Adjusting for further and more complete response as we did not prepare the estimate of damages. As we understand, the Florida building code requires that we complete certain repairs and replacements to bring property up to code based upon the initial damage caused to the property by Hurricane Sally.*

13. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name, email, address, and telephone number of each person who made the statement(s), the name and address of each person who heard it, and the date, time, place, and substance of each statement.

ANSWER: *None other than in the documents produced in response to the RFP.*

Dated: October 28, 2022

Respectfully Submitted,

/s/ Lauren R. Rosen
**LAUREN R. ROSEN, ESQ.**
Florida Bar No. 91090
**BRETT L. SCHLACTER, ESQ.**
Florida Bar No. 98112
**SCHLACTER LAW**
1108 Kane Concourse, Suite 305
Bay Harbor Islands, Florida 33154
(305) 999 – 1111 (Telephone)
(305) 440 – 1354 (Facsimile)
E-mail: lauren@schlacterlaw.com
Email : brittiny@schlacterlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on Defendant's Attorney via E-File list-serve on October 28, 2022.

/s/ Lauren R. Rosen
**LAUREN R. ROSEN, ESQ.**